IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KUMASI KUFA,

        Petitioner,        No. CIV S-08-1760 KJM P

   vs.

KEN CLARK,

        Respondent.       <u>ORDER</u>

_____/

        Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner requests an extension of forty-five days in which to file an opposition. The request will be granted.

        Accordingly, IT IS HEREBY ORDERED that the request for an extension of time in which to file an opposition to the motion to dismiss (docket no. 13) is granted. Petitioner has forty-five days from the entry of this order in which to file an opposition.

DATED: April 28, 2009.

4
kufa.eot.hc

U.S. MAGISTRATE JUDGE

1