IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KUMASI KUFA,

        Petitioner,                No. CIV S-08-1760 KJM P

    vs.

KEN CLARK,

        Respondent.          <u>ORDER TO SHOW CAUSE</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On March 23, 2009, respondent filed a motion to dismiss.  On April 28, 2009, petitioner was granted an extension of time to file an opposition to respondent's motion to dismiss.  The time has passed and petitioner has not filed an opposition to the motion.  Local Rule 78-230(m) provides in part:  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondent's motion to dismiss should not be granted.

DATED: July 14, 2009.

_____
U.S. MAGISTRATE JUDGE

4
kufa1760.46

1